IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENE HYATT and JO ANN HYATT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 15-cv-00869-JPG-SCW |
| ) | |
| GENWORTH FINANCIAL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court for case management purposes. Defendant's Motion (Doc. 6) to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) was granted on November 16th, 2015, and Plaintiffs were granted 30 days to file amended complaint. Plaintiffs were warned that failure to amend their complaint within the time allotted would result in the dismissal of this matter without further notice.

To date, Plaintiffs have failed to amend their complaint and the time for doing so has expired. Therefore, this matter is **DISMISSED** without prejudice and the Clerk of Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

DATED:  1/4/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**