# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENE HYATT and JO ANN HYATT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 15-cv-00869-JPG-SCW |
| ) | |
| GENWORTH FINANCIAL, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:** 1/4/2016

                                              **s/**Reid Hermann
                                              **Justine Flanagan**
                                              **Acting Clerk of Court**

**Approved:** *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**